**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ANN M. AUSTIN

Case No. 19-21904GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

    Movant
vs.

Document No __

PINE-RICHLAND SD(RCHLND)RE TAX

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

PINE-RICHLAND SD(RCHLND)RE TAX
C/O JORDAN TAX SVC-DELQ CLLCTR
102 RAHWAY RD
MCMURRAY, PA 15317

Court claim# 6/Trustee CID# 8

The Movant further certifies that on 01/02/2024, copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| **DEBTOR(S):**<br>ANN M. AUSTIN, 3584 BAKERSTOWN ROAD, BAKERSTOWN, PA 15007 | **DEBTOR'S COUNSEL:**<br>PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 1641 SAW MILL RUN BLVD, PITTSBURGH, PA 15210 |
| **ORIGINAL CREDITOR:**<br>PINE-RICHLAND SD(RCHLND)RE TAX, C/O JORDAN TAX SVC-DELQ CLLCTR, 102 RAHWAY RD, MCMURRAY, PA 15317 | **ORIGINAL CREDITOR'S COUNSEL:**<br>JEFFREY R HUNT ESQ, GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA 15219 |
| **NEW CREDITOR:** | |