# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

01/18/2024

IN RE:

| | |
|---|---|
| ANN M. AUSTIN<br>3584 BAKERSTOWN  ROAD<br>BAKERSTOWN,  PA  15007<br>XXX-XX-2771          Debtor(s) | Case No.19-21904 GLT<br><br>Chapter 13 |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors , after determining the amounts needed to complete payments on the secured and priority claims .  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors , in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/18/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 3218 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  SAMS CLUB/PRAE | |

| | | |
|---|---|---|
| **THOMAS SONG ESQ FOR JODI L HAUSE ESQ FF** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 1617 JFK BLVD STE 1400 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19103 | COMMENT:  LSF9 MSTR PRTCPTN/PRAE | |

| | | |
|---|---|---|
| **KERI P EBECK ESQ** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| BERNSTEIN BURKLEY | Court Claim Number: | ACCOUNT NO.: |
| 601 GRANT ST 9TH FL | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)\*** | Trustee Claim Number:4   INT %: 12.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5 | ACCOUNT NO.: 7M43 |
| POB 200 | | |
| | CLAIM:  939.04 | |
| BETHEL PARK, PA  15102 | COMMENT:  2007M43\*11-15\*CL5GOV@988.06\*WNTS 12%\*W/5,30,31\*CL 956.81 PIF/CRED | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)\*** | Trustee Claim Number:5   INT %: 12.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5 | ACCOUNT NO.: 7M36 |
| POB 200 | | |
| | CLAIM:  284.94 | |
| BETHEL PARK, PA  15102 | COMMENT:  2007M36\*11-14\*CL5@300.02GOV\*WNTS 12%\*W/4,30,31\*CL 300.02 PIF/CRED | |

| | | |
|---|---|---|
| **LSF9 MASTER PARTICIPATION TRUST** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SERVICING INC | Court Claim Number:1 | ACCOUNT NO.: 7157 |
| ATTN.: REMITTANCE PROCESSING | | |
| PO BOX 65450 | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  CL1GOV\*PMT/CL-PL\*612.52x(60+2)=LMT\*FR CALIBER-DOC 39 | |

| | | |
|---|---|---|
| **PINE-RICHLAND SD(RCHLND)RE TAX** | Trustee Claim Number:7   INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:6 | ACCOUNT NO.: 7M43 |
| 102 RAHWAY RD | | |
| | CLAIM:  6,247.21 | |
| MCMURRAY, PA  15317 | COMMENT:  2007-M-43;10-15,18\*CL6GOV\*10083@10%TTL/PL\*WNTS 10%\*W/8,32,33\*PIF/RFND -\ | |

| | | |
|---|---|---|
| **PINE-RICHLAND SD(RCHLND)RE TAX** | Trustee Claim Number:8   INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:6 | ACCOUNT NO.: 7M36 |
| 102 RAHWAY RD | | |
| | CLAIM:  2,443.62 | |
| MCMURRAY, PA  15317 | COMMENT:  2007M36\*09-16,18\*CL6@2443.62GOV\*WNTS 10%\*W/7,32,33\*PIF/CR\*NTC-RSV | |

| | | |
|---|---|---|
| **RICHLAND TOWNSHIP (RE)** | Trustee Claim Number:9   INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:4 | ACCOUNT NO.: 7M43 |
| 102 RAHWAY RD | | |
| | CLAIM:  971.69 | |
| MCMURRAY, PA  15317 | COMMENT:  2007M43\*10-15\*CL4@971.69GOV\*WNTS 10%\*W/10,28,29 | |

| | | |
|---|---|---|
| **RICHLAND TOWNSHIP (RE)** | Trustee Claim Number:10  INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:4 | ACCOUNT NO.: 7M36 |
| 102 RAHWAY RD | | |
| | CLAIM:  336.47 | |
| MCMURRAY, PA  15317 | COMMENT:  2007M36\*10-15\*CL4@336.47GOV\*WNTS 10%\*W/9,28,29 | |

CLAIM RECORDS

| | | |
|---|---|---|
| **GRB LAW** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 525 WILLIAM PENN PLACE STE 3110 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE\*\*** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  1200 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT: | |

| | | |
|---|---|---|
| **CITIFINANCIAL INC (NON-RE\*)++** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 70923 | Court Claim Number: | ACCOUNT NO.:  5826 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28272-0923 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACYS** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NCO FINANCIAL SYSTEMS INC | Court Claim Number: | ACCOUNT NO.:  8418 |
| PO BOX 4275 | | |
| | CLAIM:  0.00 | |
| NORCROSS, GA  30091 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(\*)** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:2 | ACCOUNT NO.:  4277 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  1,751.60 | |
| PITTSBURGH, PA  15219 | COMMENT:  0001/SCH\*PMT DATE 4/25/2019 | |

| | | |
|---|---|---|
| **EAST BAY FUNDING** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT: | |

| | | |
|---|---|---|
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 35480 | Court Claim Number: | ACCOUNT NO.:  0325 |
| | CLAIM:  0.00 | |
| NEWARK, NJ  07193-5480 | COMMENT:  CITIFNCL/SCH | |

| | | |
|---|---|---|
| **GRB LAW** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 525 WILLIAM PENN PLACE STE 3110 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **JORDAN TAX SERVICE INC\*\*** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 102 RAHWAY RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MC MURRAY, PA  15317 | COMMENT:  NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **NCO FINANCIAL SERVICES++** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15636 | Court Claim Number: | ACCOUNT NO.:  8277 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **NRG ENERGY** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 910 LOUISIANA ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HOUSTON, TX  77002 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 41067 | Court Claim Number: | ACCOUNT NO.:  0412 |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541-1067 | COMMENT: | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number: | ACCOUNT NO.:  2269 |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  CAP 1/SCH | |

| | | |
|---|---|---|
| **VOGEL DISPOSAL SERVICE INC** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN RESDNTL SVC DIVISION | Court Claim Number: | ACCOUNT NO.: |
| POB 857 | | |
| | CLAIM:  0.00 | |
| MARS, PA  16046 | COMMENT: | |

| | | |
|---|---|---|
| **WEINSTEIN & RILEY PS**\*\* | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1415 WESTERN AVE STE 700 | Court Claim Number: | ACCOUNT NO.:  5791 |
| | CLAIM:  0.00 | |
| SEATTLE, WA  98101 | COMMENT: | |

| | | |
|---|---|---|
| **LSF9 MASTER PARTICIPATION TRUST** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC | Court Claim Number:1 | ACCOUNT NO.:  7157 |
| ATTN.: REMITTANCE PROCESSING | | |
| PO BOX 65450 | CLAIM:  4,965.28 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  CL1GOV*3725/PL*FR CALIBER-DOC 39 | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:3 | ACCOUNT NO.:  6371 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  68.64 | |
| PITTSBURGH, PA  15219 | COMMENT:  ACCT NT/SCH*PMT DATE 5/1/2019 | |

| | | |
|---|---|---|
| **RICHLAND TOWNSHIP (RE)** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:4 | ACCOUNT NO.:  7M43 |
| 102 RAHWAY RD | | |
| | CLAIM:  804.72 | |
| MCMURRAY, PA  15317 | COMMENT:  2007M43*10-15*NON%*CL4@804.72GOV*W/9,10,29 | |

| | | |
|---|---|---|
| **RICHLAND TOWNSHIP (RE)** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:4 | ACCOUNT NO.:  7M36 |
| 102 RAHWAY RD | | |
| | CLAIM:  355.02 | |
| MCMURRAY, PA  15317 | COMMENT:  2007M36*10-15*NON%*CL4@355.02GOV*W/9,10,28 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)\*** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5 | ACCOUNT NO.:  7M36 |
| POB 200 | | |
| | CLAIM:  232.73 | |
| BETHEL PARK, PA  15102 | COMMENT:  2007M36;11-14*NON%*CL5@241.22GOV*W/4,5,31*CL 241.22 PIF/CRED | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5 | ACCOUNT NO.:  7M43 |
| POB 200 | | |
| | CLAIM:  745.63 | |
| BETHEL PARK, PA  15102 | COMMENT:  2007M43*11-15*NON%*CL5@772.84GOV*1W/4,5,30*CL 755.40 PIF/CRED | |

| | | |
|---|---|---|
| **PINE-RICHLAND SD(RCHLND)RE TAX** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:6 | ACCOUNT NO.:  7M36 |
| 102 RAHWAY RD | | |
| | CLAIM:  1,594.00 | |
| MCMURRAY, PA  15317 | COMMENT:  2007-M-36;09-16,18*NON%*CL6GOV*4019.44@10%TTL/PL*W/7,8,33 | |

| | | |
|---|---|---|
| **PINE-RICHLAND SD(RCHLND)RE TAX** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:6 | ACCOUNT NO.:  7M43 |
| 102 RAHWAY RD | | |
| | CLAIM:  3,889.54 | |
| MCMURRAY, PA  15317 | COMMENT:  2007-M-43;10-15,18*NON%*CL6GOV*10083@10%TTL/PL*W/7,8,32*PIF/RFND W-7*NT | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  LSF9 MSTR PRTCPTN/PRAE | |