Fill in this information to identify the case:

Debtor 1: Ann M. Austin

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: WESTERN District of Pennsylvania (State)

Case number: 19-21904-GLT

# Form 4100R
## Response to Notice of Final Cure
10/15

_____

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** LSF9 Master Participation Trust

**Last 4 digits** of any number you use to identify the debtor's account: 7157

**Court claim no. (if known):** 1

**Property address:** 3584 BAKERSTOWN RD ,
Number    Street

BAKERSTOWN, PA 15007
City                State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $_____

### Part 3: Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   5/13/2024
MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:   + (b) $_____

c. Total. Add lines a and b.   (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
MM/ DD/ YYYY

Debtor 1    Ann M. Austin
           First Name    Middle Name    Last Name

Case Number *(if known)*    19-21904-GLT

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X    /s/ Michelle L. McGowan
     Signature

Date 4/17/2024

Print    Michelle L. McGowan
         First Name    Middle Name    Last Name

Title Authorized Agent

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    13010 Morris Rd., Suite 450
           Number    Street

           Alpharetta, GA    30004
           City    State    ZIP Code

Contact    470-321-7112

Email    mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 17, 2024 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Ann M. Austin
3584 Bakerstown Road
Bakerstown, PA 15007

And via electronic mail to:

Scott R. Lowden
Scott R. Lowden, Esq
100 Heathmore Avenue
Pittsburgh, PA 15227

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Jessica Norton

Email: jnorton@raslg.com