Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ann M. Austin** | : | Case No. 19−21904−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 55 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 6/21/24 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of April, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 55 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1)  **On or before June 11, 2024**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on **June 21, 2024 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21904-GLT |
| Ann M. Austin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 26, 2024 | Form ID: 604 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann M. Austin, 3584 Bakerstown Road, Bakerstown, PA 15007-9705 |
| cr | + | Pine-Richland School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Richland Township, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15049508 | + | Alleghey County, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15049521 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15049520 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15049522 | | Nco Financial, Po Box 13574, Philadelphia, PA 19101 |
| 15049523 | + | Pine Richland School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15088615 | + | Pine-Richland School District, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15088581 | + | Richland Township, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15049526 | + | Richland Township, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15050198 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049527 | + | Vogel Disposal Service, Inc., PO Box 857, Mars, PA 16046-0857 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2024 23:49:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:19:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2024 23:52:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15049511 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:07:42 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 15049513 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:07:20 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 15049509 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 26 2024 23:52:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 15049510 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 26 2024 23:52:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15049512 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:07:12 | Capital One Bank (USA), N.A., by American Infosource LP As Agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15088589 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2024 23:49:00 | County of Allegheny, Goehring Rutter & Boehm, |

| | | | | |
|---|---|---|---|---|
| | | | | c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15049514 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:07:48 | Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 15087548 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2024 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15049515 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2024 23:52:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15049516 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:07:24 | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 15049518 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2024 23:49:00 | Goehring, Rutter & Boehm, 1424 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15049519 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2024 23:49:00 | Goehring, Rutter & Boehm, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15377586 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2024 23:52:00 | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15087046 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 26 2024 23:52:00 | LSF9 Master Participation Trust, C/O Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15068745 | + | Email/Text: ecfbankruptcy@nrg.com | Apr 26 2024 23:52:00 | NRG Energy, 910 Lousiana Street, Houston, TX 77002-4914 |
| 15049524 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:44:51 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15049525 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:55:27 | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 15049528 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 23:51:00 | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15049517 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 00:06:52 | eCAST Settlement, PO Box 35480, Newark, NJ 07193-5480 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15068730 | *+ | Alleghey County, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068733 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 15068735 | *P++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2239, address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 15068731 | *+ | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 15068732 | *+ | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15068734 | * | Capital One Bank (USA), N.A., by American Infosource LP As Agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15068736 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 15068737 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15068738 | *+ | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 15068740 | *+ | Goehring, Rutter & Boehm, 1424 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15068741 | *+ | Goehring, Rutter & Boehm, 437 Grant Street, Pittsburgh, PA 15219-6107 |

| | | |
|---|---|---|
| 15068743 | * | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15068742 | *+ | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15068744 | * | Nco Financial, Po Box 13574, Philadelphia, PA 19101 |
| 15068747 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15068748 | *+ | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 15068746 | *+ | Pine Richland School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068749 | *+ | Richland Township, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068750 | *+ | Vogel Disposal Service, Inc., PO Box 857, Mars, PA 16046-0857 |
| 15068751 | *+ | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15068739 | * | eCAST Settlement, PO Box 35480, Newark, NJ 07193-5480 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pine-Richland School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Richland Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michelle L. McGowan | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Ann M. Austin lowdenscott@gmail.com |
| Thomas Song | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com |

TOTAL: 11