**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ANN M. AUSTIN

              Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
           Movant
      vs.
No Respondents.

Case No.:19-21904

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,

2. Approve the Trustee's Report of Receipts and Disbursements,

3. Terminate wage attachments,

4. Revest property of the estate in the debtor(s), and

5. Enter a final decree and close this case.

April 25, 2024

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/09/2019  and confirmed on 7/24/19 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 75,897.00 |
| Less Refunds to Debtor | 3,410.67 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,486.33 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,750.00 | |
| Trustee Fee | 3,651.06 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,401.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 0.00 | 36,751.20 | 0.00 | 36,751.20 |
|     Acct: 7157 | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 4,965.28 | 4,965.28 | 0.00 | 4,965.28 |
|     Acct: 7157 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 939.04 | 939.04 | 327.01 | 1,266.05 |
|     Acct: 7M43 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 284.94 | 284.94 | 100.66 | 385.60 |
|     Acct: 7M36 | | | | |
| PINE-RICHLAND SD(RCHLND)RE TAX | 5,961.04 | 5,961.04 | 1,703.27 | 7,664.31 |
|     Acct: 7M43 | | | | |
| PINE-RICHLAND SD(RCHLND)RE TAX | 2,328.75 | 2,328.75 | 664.82 | 2,993.57 |
|     Acct: 7M36 | | | | |
| RICHLAND TOWNSHIP (RE) | 971.69 | 971.69 | 265.22 | 1,236.91 |
|     Acct: 7M43 | | | | |
| RICHLAND TOWNSHIP (RE) | 336.47 | 336.47 | 93.16 | 429.63 |
|     Acct: 7M36 | | | | |
| RICHLAND TOWNSHIP (RE) | 804.72 | 804.72 | 0.00 | 804.72 |
|     Acct: 7M43 | | | | |
| RICHLAND TOWNSHIP (RE) | 355.02 | 355.02 | 0.00 | 355.02 |
|     Acct: 7M36 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 232.73 | 232.73 | 0.00 | 232.73 |
|     Acct: 7M36 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 745.63 | 745.63 | 0.00 | 745.63 |
|     Acct: 7M43 | | | | |
| PINE-RICHLAND SD(RCHLND)RE TAX | 1,594.00 | 1,594.00 | 0.00 | 1,594.00 |
|     Acct: 7M36 | | | | |
| PINE-RICHLAND SD(RCHLND)RE TAX | 3,840.38 | 3,840.38 | 0.00 | 3,840.38 |
|     Acct: 7M43 | | | | |
| | | | | 63,265.03 |
| Priority | | | | |
| SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| ANN M. AUSTIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| ANN M. AUSTIN | 3,410.67 | 3,410.67 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ++ | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1200 | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5826 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8418 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,751.60 | 1,751.60 | 0.00 | 1,751.60 |
| Acct: 4277 | | | | |
| EAST BAY FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0325 | | | | |
| GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NCO FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8277 | | | | |
| NRG ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0412 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2269 | | | | |
| VOGEL DISPOSAL SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEINSTEIN & RILEY PS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5791 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 68.64 | 68.64 | 0.00 | 68.64 |
| Acct: 6371 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3218 | | | | |
| THOMAS SONG ESQ FOR JODI L HAUSE I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,820.24 |

TOTAL PAID TO CREDITORS                                                          65,085.27

TOTAL CLAIMED
PRIORITY                    0.00
SECURED              23,359.69
UNSECURED             1,820.24

Date: 04/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ANN M. AUSTIN

          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:19-21904

Chapter 13

Document No.:

**ORDER OF COURT**

   AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-21904-GLT

Ann M. Austin                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                                    Page 1 of 3

Date Rcvd: Apr 26, 2024              Form ID: pdf900                              Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann M. Austin, 3584 Bakerstown Road, Bakerstown, PA 15007-9705 |
| cr | + | Pine-Richland School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Richland Township, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15049508 | + | Allegheny County, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15049521 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15049520 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15049522 | | Nco Financial, Po Box 13574, Philadelphia, PA 19101 |
| 15049523 | + | Pine Richland School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15088615 | + | Pine-Richland School District, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15088581 | + | Richland Township, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15049526 | + | Richland Township, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15050198 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049527 | + | Vogel Disposal Service, Inc., PO Box 857, Mars, PA 16046-0857 |

TOTAL: 13


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | | |
| | | | Apr 26 2024 23:49:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 27 2024 00:07:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Apr 26 2024 23:52:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15049511 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 27 2024 00:06:53 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 15049513 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 27 2024 00:07:18 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 15049509 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | | |
| | | | Apr 26 2024 23:52:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 15049510 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | | |
| | | | Apr 26 2024 23:52:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15049512 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 27 2024 00:06:51 | Capital One Bank (USA), N.A., by American Infosource LP As Agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15088589 | + | Email/Text: ebnjts@grblaw.com | | |
| | | | Apr 26 2024 23:49:00 | County of Allegheny, Goehring Rutter & Boehm, |

| | | | c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
|---|---|---|---|
| 15049514 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| | | Apr 27 2024 00:07:16 | |
| 15087548 | + | Email/Text: kburkley@bernsteinlaw.com | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| | | Apr 26 2024 23:52:00 | |
| 15049515 | + | Email/Text: kburkley@bernsteinlaw.com | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| | | Apr 26 2024 23:52:00 | |
| 15049516 | + | Email/PDF: resurgentbknotifications@resurgent.com | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| | | Apr 27 2024 00:44:54 | |
| 15049518 | + | Email/Text: ebnjts@grblaw.com | Goehring, Rutter & Boehm, 1424 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| | | Apr 26 2024 23:49:00 | |
| 15049519 | + | Email/Text: ebnjts@grblaw.com | Goehring, Rutter & Boehm, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| | | Apr 26 2024 23:49:00 | |
| 15377586 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| | | Apr 26 2024 23:52:00 | |
| 15087046 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | LSF9 Master Participation Trust, C/O Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| | | Apr 26 2024 23:52:00 | |
| 15068745 | + | Email/Text: ecfbankruptcy@nrg.com | NRG Energy, 910 Lousiana Street, Houston, TX 77002-4914 |
| | | Apr 26 2024 23:52:00 | |
| 15049524 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| | | Apr 27 2024 00:44:52 | |
| 15049525 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| | | Apr 27 2024 01:15:58 | |
| 15049528 | + | Email/Text: bncmail@w-legal.com | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| | | Apr 26 2024 23:51:00 | |
| 15049517 | | Email/PDF: bncnotices@becket-lee.com | eCAST Settlement, PO Box 35480, Newark, NJ 07193-5480 |
| | | Apr 27 2024 00:07:16 | |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15068730 | *+ | Alleghey County, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068733 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 15068735 | *P++ | CITIFINANCIAL, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2239, address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 15068731 | *+ | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 15068732 | *+ | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15068734 | * | Capital One Bank (USA), N.A., by American Infosource LP As Agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15068736 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 15068737 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15068738 | *+ | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 15068740 | *+ | Goehring, Rutter & Boehm, 1424 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15068741 | *+ | Goehring, Rutter & Boehm, 437 Grant Street, Pittsburgh, PA 15219-6107 |

District/off: 0315-2                                     User: auto                                         Page 3 of 3
Date Rcvd: Apr 26, 2024                             Form ID: pdf900                                 Total Noticed: 35

| 15068743 | * | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15068742 | *+ | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15068744 | * | Nco Financial, Po Box 13574, Philadelphia, PA 19101 |
| 15068747 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15068748 | *+ | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 15068746 | *+ | Pine Richland School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068749 | *+ | Richland Township, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068750 | *+ | Vogel Disposal Service, Inc., PO Box 857, Mars, PA 16046-0857 |
| 15068751 | *+ | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15068739 | * | eCAST Settlement, PO Box 35480, Newark, NJ 07193-5480 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pine-Richland School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Richland Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com  brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michelle L. McGowan | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Ann M. Austin lowdenscott@gmail.com |
| Thomas Song | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com |

TOTAL: 11