IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANN M. AUSTIN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-21904

Chapter 13

Related to Dkt. No. 55

FILED
6/12/24 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this 12th day of June, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

jah
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21904-GLT |
| Ann M. Austin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 12, 2024 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann M. Austin, 3584 Bakerstown Road, Bakerstown, PA 15007-9705 |
| cr | + | Pine-Richland School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Richland Township, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15049508 | + | Alleghey County, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15049520 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15049521 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15049522 | | Nco Financial, Po Box 13574, Philadelphia, PA 19101 |
| 15049523 | + | Pine Richland School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15088615 | + | Pine-Richland School District, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15088581 | + | Richland Township, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15049526 | + | Richland Township, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15050198 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049527 | + | Vogel Disposal Service, Inc., PO Box 857, Mars, PA 16046-0857 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 13 2024 02:16:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 02:17:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2024 02:17:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15049511 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 02:17:31 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 15049513 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 02:38:18 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 15049509 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 13 2024 02:17:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 15049510 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 13 2024 02:17:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15049512 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 02:17:28 | Capital One Bank (USA), N.A., by American Infosource LP As Agent, P.O. Box 71083, Charlotte, NC 28272-1083 |

Case 19-21904-GLT   Doc 63   Filed 06/14/24   Entered 06/15/24 00:29:35   Desc Imaged
                            Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 12, 2024 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15088589 | + | Email/Text: ebnjts@grblaw.com | Jun 13 2024 02:16:00 | County of Allegheny, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15049514 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 02:17:31 | Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 15087548 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 13 2024 02:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15049515 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 13 2024 02:17:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15049516 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 02:17:31 | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 15049518 | + | Email/Text: ebnjts@grblaw.com | Jun 13 2024 02:16:00 | Goehring, Rutter & Boehm, 1424 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15049519 | + | Email/Text: ebnjts@grblaw.com | Jun 13 2024 02:16:00 | Goehring, Rutter & Boehm, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15377586 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2024 02:17:00 | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15087046 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 13 2024 02:17:00 | LSF9 Master Participation Trust, C/O Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15068745 | + | Email/Text: ecfbankruptcy@nrg.com | Jun 13 2024 02:16:00 | NRG Energy, 910 Lousiana Street, Houston, TX 77002-4914 |
| 15049524 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 02:38:46 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15049525 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 02:38:21 | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 15050198 | ^ | MEBN | Jun 13 2024 02:09:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049528 | + | Email/Text: bncmail@w-legal.com | Jun 13 2024 02:16:00 | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15049517 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2024 03:13:29 | eCAST Settlement, PO Box 35480, Newark, NJ 07193-5480 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15068730 | *+ | Alleghey County, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068733 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 15068735 | *P++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2239, address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 15068731 | *+ | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 15068732 | *+ | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15068734 | * | Capital One Bank (USA), N.A., by American Infosource LP As Agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15068736 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |

| | | |
|---|---|---|
| 15068737 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15068738 | *+ | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 15068740 | *+ | Goehring, Rutter & Boehm, 1424 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15068741 | *+ | Goehring, Rutter & Boehm, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15068743 | * | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15068742 | *+ | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15068744 | * | Nco Financial, Po Box 13574, Philadelphia, PA 19101 |
| 15068747 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15068748 | *+ | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 15068746 | *+ | Pine Richland School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068749 | *+ | Richland Township, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068750 | *+ | Vogel Disposal Service, Inc., PO Box 857, Mars, PA 16046-0857 |
| 15068751 | *+ | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15068739 | * | eCAST Settlement, PO Box 35480, Newark, NJ 07193-5480 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pine-Richland School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Richland Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com  brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michelle L. McGowan | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Ann M. Austin lowdenscott@gmail.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 12, 2024 | Form ID: pdf900 | Total Noticed: 35

Thomas Song    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com

TOTAL: 11