| **Information to identify the case:** | |
|---|---|
| Debtor 1: Ann M. Austin (First Name, Middle Name, Last Name) | Social Security number or ITIN xxx–xx–2771<br>EIN __–_____ |
| Debtor 2 (Spouse, if filing): First Name, Middle Name, Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court: WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: 19–21904–GLT | |

# Order of Discharge                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Ann M. Austin

<u>6/14/24</u>                                              **By the court:** <u>Gregory L Taddonio</u>
                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-21904-GLT
Ann M. Austin     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Jun 14, 2024    Form ID: 3180W    Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann M. Austin, 3584 Bakerstown Road, Bakerstown, PA 15007-9705 |
| cr | + | Pine-Richland School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Richland Township, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15049508 | + | Alleghey County, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15049521 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15049520 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15049522 | | Nco Financial, Po Box 13574, Philadelphia, PA 19101 |
| 15049523 | + | Pine Richland School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15088615 | + | Pine-Richland School District, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15088581 | + | Richland Township, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15049526 | + | Richland Township, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15050198 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049527 | + | Vogel Disposal Service, Inc., PO Box 857, Mars, PA 16046-0857 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | EDI: PENNDEPTREV | | Jun 15 2024 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Jun 14 2024 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | | Jun 15 2024 03:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Jun 14 2024 23:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: ebnjts@grblaw.com | | Jun 14 2024 23:42:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + EDI: PRA.COM | | Jun 15 2024 03:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Jun 14 2024 23:43:00 | SELECT PORTFOLIO SERVICING, INC, PO |

Case 19-21904-GLT    Doc 64    Filed 06/16/24    Entered 06/17/24 00:24:45    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 14, 2024 | Form ID: 3180W | Total Noticed: 37 |

| Recipient ID | | Delivery Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | Box 65250, Salt Lake City, UT 84165-0250 |
| 15049511 | | EDI: CAPITALONE.COM | Jun 15 2024 03:34:00 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 15049513 | | EDI: CITICORP | Jun 15 2024 03:34:00 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 15049509 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 14 2024 23:43:00 | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 15049510 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 14 2024 23:43:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15049512 | | EDI: CAPITALONE.COM | Jun 15 2024 03:34:00 | Capital One Bank (USA), N.A., by American Infosource LP As Agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15088589 | + | Email/Text: ebnjts@grblaw.com | Jun 14 2024 23:42:00 | County of Allegheny, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15049514 | | EDI: CITICORP | Jun 15 2024 03:34:00 | Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 15087548 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 14 2024 23:43:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15049515 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 14 2024 23:43:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15049516 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2024 23:48:18 | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 15049518 | + | Email/Text: ebnjts@grblaw.com | Jun 14 2024 23:42:00 | Goehring, Rutter & Boehm, 1424 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15049519 | + | Email/Text: ebnjts@grblaw.com | Jun 14 2024 23:42:00 | Goehring, Rutter & Boehm, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15377586 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 14 2024 23:43:00 | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15087046 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 14 2024 23:43:00 | LSF9 Master Participation Trust, C/O Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15068745 | + | Email/Text: ecfbankruptcy@nrg.com | Jun 14 2024 23:43:00 | NRG Energy, 910 Lousiana Street, Houston, TX 77002-4914 |
| 15049524 | | EDI: PRA.COM | Jun 15 2024 03:34:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15049525 | + | EDI: PRA.COM | Jun 15 2024 03:34:00 | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 15050198 | ^ | MEBN | Jun 14 2024 23:35:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15049528 | + | Email/Text: bncmail@w-legal.com | Jun 14 2024 23:42:00 | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15049517 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2024 23:48:22 | eCAST Settlement, PO Box 35480, Newark, NJ 07193-5480 |

TOTAL: 27

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2024 | Form ID: 3180W | Total Noticed: 37 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15068730 | *+ | Alleghey County, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068733 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 15068735 | *P++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2239, address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 15068731 | *+ | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 15068732 | *+ | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15068734 | * | Capital One Bank (USA), N.A., by American Infosource LP As Agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15068736 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 15068737 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15068738 | *+ | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 15068740 | *+ | Goehring, Rutter & Boehm, 1424 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15068741 | *+ | Goehring, Rutter & Boehm, 437 Grant Street, Pittsburgh, PA 15219-6107 |
| 15068743 | * | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15068742 | *+ | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15068744 | * | Nco Financial, Po Box 13574, Philadelphia, PA 19101 |
| 15068747 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 15068748 | *+ | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 15068746 | *+ | Pine Richland School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068749 | *+ | Richland Township, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15068750 | *+ | Vogel Disposal Service, Inc., PO Box 857, Mars, PA 16046-0857 |
| 15068751 | *+ | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15068739 | * | eCAST Settlement, PO Box 35480, Newark, NJ 07193-5480 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2024               Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pine-Richland School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Richland Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 14, 2024 | Form ID: 3180W | Total Noticed: 37

Jerome B. Blank
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com  brausch@pincuslaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Michelle L. McGowan
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Ann M. Austin lowdenscott@gmail.com

Thomas Song
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com


TOTAL: 11

Case 19-21904-GLT    Doc 64    Filed 06/16/24    Entered 06/17/24 00:24:45    Desc Imaged
Certificate of Notice    Page 6 of 6
District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 14, 2024 | Form ID: 3180W | Total Noticed: 37